UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| Notorious B.I.G. LLC, a Delaware limited liability company<br>    Plaintiff,<br><br>  vs.<br><br>Yes. Snowboards, Nidecker Group, Chi Modu, an individual,<br>    Defendants, | CASE NO. 19-cv-1946JAK(KSx)<br><br>COUNTERCLAIMS<br><br>1. DECLARATORY JUDGEMENT<br>2. DEFAMATION<br>3. UNFAIR COMPETION BASED ON MALICOUS LAWSUIT<br>4. INTENTIONAL INTERFERENCE PROSPECTIVE ECONOMIC ADVANTAGE<br>5. INTENTIONAL INTERFERENCE WITH CONTRACT RELATIONSHIP<br>6. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

CHI MODU'S, COUNTERCLAIMS AND

  SUMMARY OF ACTIONS

# COUNTERCLAIMS

## Statement of Facts

1. Defendant/Counterclaim plaintiff Chi Modu ("CHI") is a world renowned photographer as acclaimed by global publications including not limited too: Paper Magazine, BBC, GQ Brazil, HypeBeast, Amuse/Vice, High Snobiety and more
2. World Renowned Hip Hop artist made the following statements about CHI in a recent magazine article:

WWD: What did you think of Chi when you first met him? ***Snoop Dogg***:

I just knew he had done great work and we clicked from the beginning. At the same time I was young so I wasn't really familiar with cameras and every cameraman I met was different. By him being from the East Coast and having pictures of the artists that I really respected and loved, it made me automatically gel with him and want to be a part of his résumé. Early on I didn't know it'd be classic like this, but just knowing he was doing s–t with the people that I really respected and loved and the way it looked in the pictures from Ice Cube to EPMD to whomever, made me want to do pictures with him. That was around the time you would look and see who was the photographer, who was the man behind it, so you could see who he was and you could connect with him. That's why a lot of photographers and directors got used over and over, because the word got out they were great at what they did and we were a community that was a brotherhood. So if his s–t was dope, we would look and say, "I want my s–t to be dope, who did it? Chi Modu. Who is that? Let me reach out to him." - ***WWD / Snoop Dogg***

3. Defendant/CounterClaim Plaintiff Chi Modu, has held a Federally Registered Copyright for the image of the subject in question since 2006. Copyright Number is (Vau690-814)
4. BIG through its members and agents acting on its behalf including Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett are aware of this copyright having licensed the copyrighted material from CHI on multiple occasions, with the last contract ended in December 2018.
5. BIG through its members and agents including Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett tried to extort the CHI by offering a unfair sum of money to license the copyrighted photo compared to the revenue they were set to gain based off CHI'S copyrighted photos.
6. CHI tried to negotiate a more equitable and fair deal for his own Material Work(copyrighted image with the subject) with BIG and its members and agents acting on its behalf including Voletta Wallace, Faith Evans, Rick Barlow, Wayne

    Barrow and Tom Bennett. When negotiations broke down BIG through its members and agents commenced this action.

7. BIG through its members and agents acting on its behalf including Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett out of retaliation for CHI asking for a more equitable deal filed a malicious and baseless lawsuit, defamed CHI and ensure that he would not get any more work or projects not only for the photograph in question but to the Defendant's entire catalog of copyrighted works.
8. Due to BIG's wanton, illegal, vindictive and baseless conduct CHI has suffered severe economic and emotional harm.
9. Defendant/counterclaim plaintiff seeks equitable relief, punitive damages and attorney fees. Based on applicable statutes.

## COUNTERCLAIM 1- DECLARATORY JUDGEMENT

1. CHI seeks a declaration that CHI has the right to "commercially exploit" his own work which is the very foundation of Copyright Law
2. CHI requests Declaratory judgment on Plaintiffs entire complaint based on 17 U.S. Code 301 § 106 (2). Defendant has the exclusive right to prepare "derivative works" based upon his copyright.
3. CHI's federally protected exclusive copyright preempts BIG's claims on its entire complaint.

## COUNTERCLAIM 1-DEFAMATION

1. CHI seeks relief based on California Civil Code §§ 45 and California Civil Code § 46.
2. BIG has made numerous factual statements to other persons, some of which have been filed as factual statements in the instant Complaint, alleging numerous actions allegedly undertaken or conducted by CHI.
3. Among the statements alleged by BIG' were that CHI was a "usurper and parasite that attempts to create profits through no WORK of his own", painted the picture that CHI was a thief stating he "intentionally and in bad faith gained access to a photograph." A photograph that BIG knew was CHI's copyrighted work.
4. Not more than one year prior to the date hereof, Plaintiffs published and stated defamatory and false statements of fact injuring CHI with the required degree of fault.
5. BIG's allegations are knowingly false.
6. BIG's statements and assertions are slanderous as a matter of law in that the statements were intended to and did (1) cause injury to CHI's reputation, (2) Expose him to public hatred, ridicule, shame or disgrace, and (3) affected him adversely in his trade and business.
7. BIG published these statements to others.
8. CHI has been damaged by an amount to be decided by a jury.

## COUNTERCLAIM 3-UNFAIR COMPETITION BASED ON MALICOUS LAWS

1. CHI seeks relief based on California Unfair Competition Law Business and Professions Code §§ 17200, unfair competition (1) unlawful business act or practice and (2) unfair business act or practice.
2. CHI is a competitor of BIG and CHI and BIG operate in the same market.
3. BIG filed its instant lawsuit in bad faith and without probable cause. BIG's lawsuit has no basis and BIG knew its lawsuit had no basis.
4. BIG is aware that CHI is the valid copyright holder for the photograph in question.
5. BIG through its members and agents acting on its behalf, including Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett filed the lawsuit due to CHI, not accepting an extorting offer to license CHI's copyrighted material to BIG.
6. Only after, CHI's denial of extorting offer did BIG file the malicious law suit.
7. BIG filed its lawsuit maliciously for the purpose of harassing and injuring CHI
8. CHI has suffered both financial losses and expectant financial losses due to this lawsuit.

## COUNTERCLAIM 4- INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

1. CHI seeks relief based on California Unfair Competition Law Business and Professions Code §§ 17200, unfair competition (1) unlawful business act or practice and (2) unfair business act or practice.
2. BIG through their illegal and bad faith conduct have interfered with an economic relationship between CHI and other named Defendants.
3. BIG had knowledge of this relationship. BIG through its members and agents, including Violetta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett knew of this relationship for almost a full year before bringing their malicious lawsuit.
4. BIG conducted multiple wrongful acts to CHI. BIG defamed CHI and used a malicious lawsuit to prevent him from using his exclusive copyright rights.
5. BIG had intent to disrupt the economic relationship. BIG used these acts to prevent CHI and other named Defendants from conducting any business both in the US and Globally.
6. Due to BIG's actions there has been a disruption to CHI's relationship. Because of BIG's bad acts, CHI and other named Defendants have stopped their business agreement and their relationship has become fractured.
7. CHI has suffered severe harm financially and emotionally due to BIG's bad acts.
8. BIG's malicious lawsuit and subsequent Defamation are the root cause of CHI's harm

## COUNTERCLAIM 5-INTENTIONAL INTERFERENCE WITH A CONTRACTUAL RELATIONSHIP

1. CHI seeks relief based on California Unfair Competition Law Business and Professions Code §§ 17200, unfair competition (1) unlawful business act or practice and (2) unfair business act or practice.
2. A contract existed between the CHI and other named Defendants. CHI and named Defendants had an ongoing business relationship that was mutually beneficial to both parties.
3. BIG knew about the contract. BIG, through its members and agents, Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett knew about this contract for almost a year.

4. BIG engaged in conduct that prevented or hindered performance of the contract. By filing the malicious and baseless lawsuit BIG hindered the performance of the contract.
5. BIG intended this result, or knew it was likely. BIG made statements both on the complaint and to CHI that the goal of the malicious lawsuit was to harm CHI
6. BIG's actions have harmed CHI. CHI has been harmed by this existing contract being stalled and questioned due to BIG's wanton and vicious acts.
7. BIG's conduct substantially caused this harm. BIG's conduct has caused financial and emotional harm to the Defendants both domestically and globally.

## COUNTERCLAIM 7- INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

1. BIG's frivolous and baseless lawsuit with the sole intent of harming and defaming CHI is outrageous. BIG and its members and agents including Voletta Wallace, Faith Evans, Rick Barlow, Wayne Barrow and Tom Bennett have taken actions that exceeds all bounds usually tolerated in a civilized society.
2. BIG has intended to cause or recklessly disregarded the probability of causing emotional distress. Due to BIG's wanton and reckless actions, CHI has suffered emotional harm. CHI is faced with ridicule due to BIG's wanton conduct. CHI has to field questions from people asking if he is "a usurper and a parasite". CHI has suffered severe emotional harm.
3. CHI has suffered severe emotional distress due to BIG's tactics. The Defendant cannot afford his livelihood based on the damage to his reputation and the severe defamation on his character.
4. The BIG's wanton conduct and malicious lawsuit are the sole cause of CHI's Emotional Distress.

PRAYER FOR RELIEF

WHEREFORE, Defendants/counterclaim plaintiff, respectfully request judgment against Plaintiffs, and their respective partners, agents, and employees, and any and all persons in active concert or participation with Defendants, and each of their heirs, executors, administrators, successors, licensees, assigns, subsidiaries, parents, affiliates, divisions, co-venturers, partners, officers, directors, employees, agents shareholders, managers, representatives, consultants and any and all other persons, corporations or other entities acting under the supervision, direction, control or on behalf of any of the foregoing as follows:

1. Preliminarily and permanently enjoining Plaintiffs, and their respective partners, agents, and employees, and any and all other persons in active
concert or participation with Defendants, and each of their heirs, executors, administrators, successors, licensees, assigns, subsidiaries, parents, affiliates,
divisions, co-venturers, partners, officers, directors, employees, agents, shareholders, managers, representatives, consultants and any and all other persons, corporations or other entities acting under the supervision, direction, control or on behalf of any of
the foregoing from (a) continuing this malicious and baseless lawsuit (b) a public rebuttal of defamatory comment (c) Written admission that Defendant Chi Modu can use his material work in any way his federally protected rights allow without threat of litigation.
2. Awarding all damages requested in the Complaint including direct, indirect, compensatory and incidental damages in the amount of $10,000,000.00.

3. Awarding pre- and post-judgment interest;
4. Awarding attorneys' fees, costs, and
disbursements in this action; and
5. Awarding such other relief as the Court deems
just and proper.


# **PROOF OF SERVICE**

     I am employed in the County of Essex, State of New Jersey. I am over the age of 18 and not a party to the within action. My business address is 536 Broad Street, Newark, New Jersey 07102.

     On April 19, 2019, I served the foregoing documents described as:

- **Counter Claim Case No. CV 19-1946 JAK(KSx)**

on the parties in this action by serving:

| | |
|---|---|
| Staci Jennifer Riordan Esq.<br>NIXON PEABODY LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 4100 Los Angeles, California  90071<br><br>(E)  sriordan@nixonpeabody.com | Attorneys for Plaintiff<br>**NOTORIOUS B.I.G. LLC,** |

☐ **By Mail**: As follows:  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Pursuant to that practice the mail is stamped with sufficient postage and then provided to the U.S. postal service on that same day in Los Angeles, California..

**By Fedex Overnight**:  I caused the envelope(s) to be delivered to the UPS drop off office located at 338 Palisade Ave., Jersey City, NJ 07306

☒ XX for delivery on the next-business-day basis to the offices of the addressee(s).

☐ **By Email Electronic Transmission**: I caused the documents to be sent to the person(s) at the email address(es). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 11, 2019 at Jersey City, New Jersey

_____
Sophia Modu   4/19/19

**UPS Next Day Air**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

insert shipping documents
window from the top.

e this envelope for:

nd
lard
Select®
wide Expedited®

```
                                            0.5 LBS    LTR        1 OF 1
CHI MODU
9175582012                                    RECEIVED
UNCATEGORIZED PRESS                    CLERK, U.S. DISTRICT COURT
212 CENTRAL AVENUE. #301
JERSEY CITY NJ 07307                        APR 22 2019

SHIP TO:                               CENTRAL DISTRICT OF CALIFORNIA
CIVIL INTAKE                                    BY        DEPUTY
2138943642
UNITED STATES DISTRICT COURT
CV 19-1946 JAK(KSX)
255 E. TEMPLE STREET
LOS ANGELES CA 90012


                    CA 901 9-12


UPS NEXT DAY AIR                                   1
TRACKING #: 1Z 20E 535 01 2423 5291


BILLING: P/P

Reference #1: CV 19-1946 JAK(KSx)
                                XOL 19.04.02   NV45 09.0A 01/2019
```

visit ups.com® or call 1-800-PICK-UPS® (1-800-742-5877)
schedule a pickup or find a drop off location near you.

**Domestic Shipments**
To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media and weigh 8 oz. or less. UPS Express Envelopes...
those listed or weighing more th...

**International Shipments**
The UPS Express Envelope may b...
value. Certain countries consider...
ups.com/importexport to verify if...

To qualify for the Letter rate, the UP...
UPS Express Envelopes weighing m...

Note: Express Envelopes are not reco...
containing sensitive personal informa...
cash equivalent.

**Window Envelope**
Use this envelope with shipping
or inkjet printer on plain paper.

Serving you for more than 100 years
United Parcel Service.