Staci Jennifer Riordan (SBN 232659)
sriordan@nixonpeabody.com
Aaron M. Brian (SBN 213191)
abrian@nixonpeabody.com
NIXON PEABODY, LLP
300 South Grand Ave., Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Attorneys for Plaintiff
NOTORIOUS B.I.G. LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTORIOUS B.I.G., a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Yes. Snowboards, Nidecker Group, Chi Modu, an individual, Nidecker US, Inc., a Washington Corporation, Nidecker SA, a Switzerland Corporation, DOES 3-8,<br><br>Defendants. | Case No. 19-cv-01946 JAK (KSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT CHI MODU AND FOR SANCTIONS** |

The Court, after considering Plaintiff Notorious B.I.G.'s ("BIG") Motion to Compel Further Response to Plaintiff's Request for Production of Documents to Chi Modu (Set One); to Compel Further Answers to Plaintiff's Interrogatories to Chi Modu (Set One), to deem Plaintiff's Requests for Admission to Chi Modu (Set One) admitted, and for sanctions hereby GRANTS the Motion, ORDERING defendant Chi Modu ("Modu") to comply as follows:

**BIG's Requests for Production of Documents to Modu**

1. Within fourteen (14) days of the date of this ORDER, Modu shall produce all non-privileged documents in its possession, custody or control responsive to BIG's Requests for Production of Documents and serve an amended response to the Requests stating that Modu has produced all non-privileged documents responsive to the Requests.

**BIG's Interrogatories to Modu**

3. Within fourteen (14) days of the date of this ORDER, Modu is ORDERED to serve a complete and full answer to BIG's Interrogatories, describing all facts responsive to the Interrogatory.

**BIG's Requests for Admission to Modu**

4. Big's Requests for Admission to Modu (Set One) are deemed admitted.

**Sanctions**

5. The court finds Defendant Chi Modu failed to cooperate in discovery without justification. Sanctions shall be paid to Plaintiff in the amount of $_____ within seven (7) business days of the entry of this Order.

SO ORDERED.

Dated: _____        By: _____
                          Hon. Karen L. Stevenson
                          United States Magistrate Judge