UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV-19-1946- JAK (KSx)                                           Date: November 2, 2021

Title     *Notorious B.I.G. LLC.  v. S. Modu et al..*

Present: The Honorable:    KAREN L. STEVENSON, United States Magistrate Judge

| G. Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION TO FEE MOTION (DKT NO. 139)**

Pending before the Court is Plaintiff's Motion for Fees In the Amount of $50,577.00 From Defendant Chi Modu in Connection with Docket Entry 138 ("Fee Motion"). (Dkt. No. 139.) The Fee Motion was filed on May 10, 2021. (*Id.*) Defendant and Counter Claimant Chi Modu ("Defendant") did not file an opposition to the Fee Motion. On August 18, 2021, Plaintiff filed a Notice of Non-Opposition to Motion for Sanctions as to Chi Modu. (Dkt. No. 124.) On August 23, 2021, attorneys for Sophia A. Modu ("S. Modu") filed a Statement of Death of Defendant and Counter Claimant Chu Modu and Notice of Putative Successor and/or Representative, indicating that Chi Modu passed away on May 19, 2021. (Dkt. No. 149.) On September 30, 2021, presiding district judge, the Honorable John A. Kronstadt, determined that the hearing on the Fee Motion was unnecessary and took the Motion under submission. (Dkt. No. 155.) On October 1, 2021, the Court referred Plaintiff's Fee Motion to the undersigned U.S. Magistrate Judge for a Report and Recommendation. (Dkt. No. 156.) The Magistrate Judge has scheduled a status conference for November 10, 2021 at 1:00 p.m. (Dkt. No. 167.)

On October 18, 2021, Judge Kronstadt granted Plaintiff's Motion to Substitute Sophia A. Modu as Defendant and granted S. Modu's request for leave to file an opposition to the pending Fee Motion. (Dkt. No. 164.) More than two weeks have

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  CV-19-1946- JAK (KSx)                                         Date: November 2, 2021

Title       _Notorious B.I.G. LLC.  v. S. Modu et al.._

passed since Judge Kronstadt's October 18, 2021 Order and no opposition to the Fee Motion has been filed nor any request for an extension of time to file an opposition.

Accordingly, **Defendant and Counter Claimant S. Modu is ORDERED to SHOW no later than November 9, 2021** why the Fee Motion should not be deemed unopposed.  Defendant S. Modu may discharge this order by filing before the November 9, 2021 deadline either:

(1) an Opposition to the Fee Motion that complies with applicable Federal and Local Rules; or
(2) a request for an extension of time to serve the Opposition along with a sworn declaration showing good cause for Defendant's failure to timely file the Opposition.

**Defendant's failure to timely comply with this Order may result in the Court recommending that the Fee Motion be deemed unopposed and ready for decision without opposition.**

**IT IS SO ORDERED.**

                                                                                           :
                                                          **Initials of Preparer**   gr