# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOTORIOUS B.I.G. LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>YES. SNOWBOARDS, et al.,<br><br>　　　　　　Defendants. | NO. CV 19-1946-JAK (KSx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion for Fees (Dkt. 139), all of the records herein, and the Report and Recommendation of United States Magistrate Judge (the "Report" (Dkt. 185)). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Plaintiff's Motion for Fees is GRANTED in the amount of $24,169.00; and (2) Defendant S. Modu pay the fee award in full within thirty (30) days of the date of this Order, unless otherwise agreed by the parties.

DATED:　June 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge